1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAURA A. HUGGINS
Special Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5
6 | Attorneys for Plaintiff
United States of America
7
8
9 | IN THE UNITED STATES DISTRICT COURT
10 | EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            CASE NO. 2:15-CR-0021
12 |            Plaintiff,                ORDER DISMISSING INFORMATION
13 |      v.
14 | HUGO A. ALCALA,
15 |            Defendant.
16

17      It is hereby ordered that the Information in Case Number 2:15-cr-0021 is dismissed without

18 prejudice, and the trial confirmation hearing date of February 10, 2015 at 10:00 a.m. as well as the trial

19 date of February 18, 2015 at 9:00 a.m. are vacated.

20      IT IS SO ORDERED.

21 Dated: February 9, 2015

22
23                                                _____
                                                  DALE A. DROZD
24                                                UNITED STATES MAGISTRATE JUDGE

25 Dad1.crim
Alcalaaa00002111.mtd.and.order
26
27
28

1